## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM N. LUCY, AIS# 204880** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. A. NO. 24-00028-KD-N |
| ) | |
| **SECURUS TECHNOLOGIES,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** this 27th day of March 2024.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**